**Willa Bernice DUANE, Respondent,**

v.

**James Warren DUANE, Appellant.**

**No. WD 33806.**

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

Philip C. Ehli, Kansas City, for appellant.

Robert I. Adelman, Kansas City, for respondent.

Before PRITCHARD, P.J., and MAN-FORD and NUGENT, JJ.

PER CURIAM:

### ORDER

Appeal from a judgment of dissolution. Judgment affirmed. Rule 84.16(b).